**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____    Chapter   __7__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Midwest Steel Fabricators, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **38-2923430** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1820 Lake Street** **Kalamazoo, MI 49001** | **175 Gemstone Lane** **Holland, MI 49423** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kalamazoo** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **Midwest Steel Fabricators, Inc.**

Name

Case number (*if known*) _____

| | |
|---|---|
| **7.** | **Describe debtor's business** |

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_3399_

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Midwest Steel Fabricators, Inc.**                    Case number (*if known*) _____
      Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____     Relationship _____

District _____  When _____  Case number, if known _____

**11.** **Why is the case filed in *this district*?**  *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Midwest Steel Fabricators, Inc.**
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Midwest Steel Fabricators, Inc. | Case number (if known) | |
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  3, 2021**
MM / DD / YYYY

**X** **/s/ Garrie L. Mann**
Signature of authorized representative of debtor

**Garrie L. Mann**
Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Steven L. Rayman**
Signature of attorney for debtor

Date **May  3, 2021**
MM / DD / YYYY

**Steven L. Rayman**
Printed name

**CBH Attorneys & Counselors, PLLC.**
Firm name

**MAIN OFFICE**
**25 Division Avenue S., Suite 500**
**Grand Rapids, MI 49503**
Number, Street, City, State & ZIP Code

Contact phone    **616-608-3061**        Email address    **nikki@chasebylenga.com**

**P30882 MI**
Bar number and State

08/17

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN

In re:

Case No. _____

**Midwest Steel Fabricators, Inc.**

Chapter 7

Debtor(s).

_____ /

## ASSET PROTECTION REPORT

Pursuant to Local Bankruptcy Rule 1007-2(d), debtors filing a Chapter 7 petition and debtors in a case converting to Chapter 7 must file an Asset Protection Report. List below any property referenced on **Schedule D** (Creditors Holding Secured Claims); or **Schedule G** (Executory Contracts and Unexpired Leases); and **any insurable asset in which there is nonexempt equity.** For each asset listed, provide the following information regarding property damage or casualty insurance:

| INSURABLE ASSET (from schedules) | IS ASSET INSURED? (Yes/No) | NAME & ADDRESS OF AGENT OR INSURANCE CO. | POLICY EXPIRATION DATE (MM/YYYY) | WILL DEBTOR RENEW INSURANCE ON EXPIRATION? (Yes/No) |
|---|---|---|---|---|
| Inventory, Machinery, 2000 Stake Truck, | No | N/A | N/A | No |

If the debtor is self-employed, does the debtor have general liability insurance for business activities? Yes ☐ No ☐

I declare, under penalty of perjury, that the above information is true and accurate to the best of my knowledge. I intend to provide insurance protection for any exemptible interests in real or personal property of the estate, and I request that the trustee not expend estate funds to procure insurance coverage for my exemptible assets.

Dated: _S-3-2021_

_Garrie L. Mann_
Garrie L. Mann
Debtor

Pursuant to LBR 1007-2(f), debtor is required to provide the trustee with a copy of the Declarations Page for any insurance policy covering an insurable asset at least 7 days before the date first set for the meeting of creditors.

**Fill in this information to identify the case:**

Debtor name   **Midwest Steel Fabricators, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May  3, 2021**          X */s/ Garrie L. Mann*
                                                   Signature of individual signing on behalf of debtor

                                                   **Garrie L. Mann**
                                                   Printed name

                                                   **President**
                                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Midwest Steel Fabricators, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*......................................................................................................   $        **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................   $     **673,270.90**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................................   $     **673,270.90**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     **529,005.18**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $     **2,578.37**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$     **1,247,608.45**

4.   **Total liabilities** ......................................................................................................................
    Lines 2 + 3a + 3b   $     **1,779,192.00**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Midwest Steel Fabricators, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| 3.1. | **Consumers Credit Union** | **Checking** | | $25.15 |
|---|---|---|---|---|

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                        $25.15
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:          30,000.00          -          0.00          =....          $30,000.00
                                                face amount                    doubtful or uncollectible accounts

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor     **Midwest Steel Fabricators, Inc.**                                    Case number *(If known)* _____
           Name

| 12. | **Total of Part 3.** | | $30,000.00 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Scrap Inventory** | | $0.00 | | $2,000.00 |

| 23. | **Total of Part 5.** | | $2,000.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:**  **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Midwest Steel Fabricators, Inc.**                     Case number *(If known)* _____
          Name

| 39. | Office furniture Desks; Chairs; File Cabinets; Old Computers, Printers | $0.00 | Liquidation | $1,000.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42. Copy the total to line 86.                                          $1,000.00

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2000 International Stake Truck Name on Title: Midwest Steel Fabricators** **VIN# 1HTSCABM5YH235371** **Vehicle is in poor condition/needs repairs** | $0.00 | | $3,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) Hem Saw; (2) Iron Workers; (3) Welders; (2) Forklifts | $0.00 | | $14,500.00 |

Debtor      **Midwest Steel Fabricators, Inc.**                          Case number *(If known)*
            Name

| | | |
|---|---|---|
| **2008 Farley XRP 50; CNC Profile Cutting & Drilling Machine; Plasma Burn Table** | $0.00 | $300,000.00 |
| **Ocean Avenger 40 CNC Beam Drill Line, 30 KVA Transformer, Immersion Tank Heater, Probe Sen Sing System, Through-the-Tool Unist Spry Mist Coolant System, Additional Bed Section, Ocean R Ejuvenator Drill** | $0.00 | $80,000.00 |
| **Scout (HD), Pneumatic Water Table, CDLR Chain Driven Live Roller Conveyor, Gravity Roller Conveyor, Scout (HD), Hem Dual Post Semi-Automatic Horizontal Bandsaw**<br><br>**Equipment currently located at: GT Fab, 3520 S. Riverview Road, Port Allen, LA  70767** | $0.00 | $242,745.75 |

51.  **Total of Part 8.**                                                                                  | $640,245.75 |

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:      Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Midwest Steel Fabricators, Inc.**                    Case number *(If known)* _____
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$25.15** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$30,000.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$2,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$1,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$640,245.75** | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$673,270.90** | + 91b.  **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$673,270.90** |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **Midwest Steel Fabricators, Inc.**

United States Bankruptcy Court for the:     WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  Banterra Bank**<br>Creditor's Name<br><br><br>**111 Airway Drive**<br>**PO Box 310**<br>**Marion, IL 62959**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2018**<br>**Last 4 digits of account number**<br>**5938**<br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Equipment Loan / UCC filed 4/3/18**<br>**Ocean Avenger 40 CNC Beam Drill Line, 30 KVA Transformer, Immersion Tank Heater, Probe Sen Sing System, Through-the-Tool Unist Spry Mist Coolant System, Additional Bed Section, Ocean R Ejuvenator Drill**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $117,155.83 | $80,000.00 |
| **2.2  CIT**<br>Creditor's Name<br><br><br>**155 Commerce Way**<br>**Portsmouth, NH 03801**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred** | **Describe debtor's property that is subject to a lien**<br>**Equipment Loan / UCC filed 3/29/19**<br>**All inclusive UCC, Scout (HD), Pneumatic Water Table, CDLR Chain Driven Live Roller Conveyor, Gravity Roller Conveyor, Scout (HD), Hem Dual Post Semi-Automatic Horizontal Bandsaw**<br><br>**Describe the lien**<br>**UCC Search**<br>**Is the creditor an insider or related party?**<br>☐ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No | $242,745.75 | $242,745.75 |

Debtor   **Midwest Steel Fabricators, Inc.**          Case number (if known) _____
         Name

**2019**

**Last 4 digits of account number**
**0761**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Consumers Credit Union** | | **$81,707.70** | **$300,000.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Equipment Loan / UCC filed 1/4/19; 2/17/19**
**2008 Farley XRP 50; CNC Profile Cutting &**
**Drilling Machine; Plasma Burn Table**
**All inclusive filing**

**PO Box 525**
**Oshtemo, MI 49077**

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**1/3/19**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2051**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Consumers Credit Union** | | **$87,395.90** | **$17,500.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Business Loan / All inclusive UCC filing**
**UCC filed 4/11/19**

**PO Box 525**
**Oshtemo, MI 49077**

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**4/10/19**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2018**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$529,005.18**

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,

Debtor    **Midwest Steel Fabricators, Inc.**                               Case number (if known) _____
_____
Name

assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **9th Circuit Court**<br>**150 E. Crosstown Parkway**<br>**Kalamazoo, MI 49007** | Line **2.2** | |
| **Banterra Bank**<br>**401 E. Deyoung Street**<br>**PO Box 790**<br>**Marion, IL 62959** | Line **2.1** | |
| **Gordon Miller**<br>**151 S. Rose Street**<br>**Suite 900**<br>**Kalamazoo, MI 49007** | Line **2.3** | |
| **Mammina & Ajlouny PC**<br>**370 E. Maple Road**<br>**Suite 230**<br>**Birmingham, MI 48009** | Line **2.2** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Midwest Steel Fabricators, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | **$0.00** |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Service<br>Centralized Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.2 | Priority creditor's name and mailing address<br>**Internal Revnue Service<br>PO Box 32500<br>Stop 15<br>Detroit, MI 48232** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor    **Midwest Steel Fabricators, Inc.**        Case number (if known) _____

       Name

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Kalamazoo City Treasurer**
**241 W. South Street**
**Kalamazoo, MI 49007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:
**Property Taxes**

Last 4 digits of account number **5102**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Michigan Dept. of Treasury**
**Collection/Bankruptcy Division**
**PO Box 30168**
**Lansing, MI 48909**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Office of the U.S. Trustee**
**125 Ottawa NW, Suite 200R**
**Grand Rapids, MI 49503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,578.37 | $0.00 |
|---|---|---|---|---|

**State of Michigan**
**Department of Treasury**
**PO Box 30199**
**Lansing, MI 48910**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2020**

Basis for the claim:
**Withholding**

Last 4 digits of account number **3430**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

Debtor  **Midwest Steel Fabricators, Inc.**                                      Case number *(if known)* _____
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

| 2.7 | Priority creditor's name and mailing address<br>**Unemployment Insurance Agency**<br>**Bankruptcy Unit**<br>**3024 W. Grand Blvd. Ste 12-100**<br>**Detroit, MI 48202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No

☐ Yes

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**AHB Tooling & Machinery**<br>**1663 Champagne Drive North**<br>**Saginaw, MI 48604**<br>Date(s) debt was incurred  **2019**<br>Last 4 digits of account number  **6145** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Notice Only**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Airgas USA LLC**<br>**6055 Rockside Woods Blvd. N**<br>**Independence, OH 44131**<br>Date(s) debt was incurred  **2020 - 2021**<br>Last 4 digits of account number  **6569** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Vendor**<br>Is the claim subject to offset?  ☐ No  ☐ Yes | $934.97 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**American Express**<br>**PO Box 0001**<br>**Los Angeles, CA 90096**<br>Date(s) debt was incurred<br>Last 4 digits of account number  **3008** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Credit Card**<br>Is the claim subject to offset?  ☐ No  ☐ Yes | $54,381.04 |
| 3.4 | Nonpriority creditor's name and mailing address<br>**AZZ Galvanizing Services**<br>**PO Box 843771**<br>**Dallas, TX 75284**<br>Date(s) debt was incurred  **2020**<br>Last 4 digits of account number  **Unknown** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Vendor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $13,762.65 |
| 3.5 | Nonpriority creditor's name and mailing address<br>**Beech & Rich Inc.**<br>**525 North 20th Street**<br>**Battle Creek, MI 49037**<br>Date(s) debt was incurred  **2020**<br>Last 4 digits of account number  **8617** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Vendor**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $928.00 |

| Debtor | **Midwest Steel Fabricators, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$267.47** |
|---|---|---|---|

**Best Way Disposal Inc.**
**2314 Miller Road**
**Kalamazoo, MI 49001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **2167**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.00** |
|---|---|---|---|

**Chicago Metal**
**6289 Eagle Way**
**Chicago, IL 60678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,154.00** |
|---|---|---|---|

**Cincinnati Corporate Billing**
**The Cincinnati Insurance Co.**
**PO Box 14529**
**Cincinnati, OH 45250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Insurance**

Last 4 digits of account number  **7685**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,114.26** |
|---|---|---|---|

**Citi Cards**
**PO Box 9001016**
**Louisville, KY 40290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

**Basis for the claim:**  **Credit Card**

Last 4 digits of account number  **6033**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Complete Capital Services**
**1310 Madrid Street**
**Suite 101**
**Marshall, MN 56258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

**Basis for the claim:**  **Notice Only**

Last 4 digits of account number  **9761**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,939.86** |
|---|---|---|---|

**Connection Service Co.**
**PO Box 8728**
**Benton Harbor, MI 49023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Vendor**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,436.55** |
|---|---|---|---|

**Consumers Credit Union**
**PO Box 525**
**Oshtemo, MI 49077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019 - 2020**

**Basis for the claim:**  **Credit Card**

Last 4 digits of account number  **2689**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Midwest Steel Fabricators, Inc.**                                Case number *(if known)* _____
Name

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $381,588.82 |
|---|---|---|---|
| | **Consumers Credit Union**<br>PO Box 525<br>Oshtemo, MI 49077 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2/1/15** | **Basis for the claim:**  **Personal Guarantee** | |
| | Last 4 digits of account number  **1402** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,413.88 |
|---|---|---|---|
| | **Consumers Energy**<br>PO Box 740309<br>Cincinnati, OH 45274 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2020 - 2021** | **Basis for the claim:**  **Utility Bill** | |
| | Last 4 digits of account number  **4370** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55,446.37 |
|---|---|---|---|
| | **Contractors Steel Company**<br>36555 Amrhein Road<br>Livonia, MI 48150 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019** | **Basis for the claim:**  **Vendor** | |
| | Last 4 digits of account number  **Unknown** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Corporate Client Services LLC**<br>1880 North Congress Avenue<br>Suite 211<br>Boynton Beach, FL 33426 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019** | **Basis for the claim:**  **Notice Only** | |
| | Last 4 digits of account number  **Unknown** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,223.01 |
|---|---|---|---|
| | **CTS**<br>13800 E. Michigan<br>Galesburg, MI 49053 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2020** | **Basis for the claim:**  **Vendor** | |
| | Last 4 digits of account number  **6260** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,268.00 |
|---|---|---|---|
| | **D-K Fence Co. Inc.**<br>1227 Dickman Road<br>Battle Creek, MI 49037 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2019** | **Basis for the claim:**  **Vendor** | |
| | Last 4 digits of account number  **881A** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|
| | **ECI Erectors LLC**<br>PO Box 212<br>Oakville, IN 47367 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2020** | **Basis for the claim:**  **Vendor** | |
| | Last 4 digits of account number  **Unknown** | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Midwest Steel Fabricators, Inc.** | Case number *(if known)* |
| | Name | |

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,848.00** |
| | **Fawley Door** | ☐ Contingent | |
| | **6736 Lovers Lane** | ☐ Unliquidated | |
| | **Portage, MI 49002** | ☐ Disputed | |
| | Date(s) debt was incurred __2019__ | | |
| | | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __3689__ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Frontline Legal Service LLC** | ☐ Contingent | |
| | **1166 W. Newport Center Drive** | ☐ Unliquidated | |
| | **Deerfield Beach, FL 33442** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | | **Basis for the claim:** __Notice Only__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
| | **Garrie L. Mann, Sr.** | ☐ Contingent | |
| | **175 Gemstone Lane** | ☐ Unliquidated | |
| | **Holland, MI 49423** | ☐ Disputed | |
| | Date(s) debt was incurred __2020__ | | |
| | | **Basis for the claim:** __Loans to the Business__ | |
| | Last 4 digits of account number _ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,746.78** |
| | **HG-Farley Laserlab USA Inc.** | ☐ Contingent | |
| | **4635 Colt Road** | ☐ Unliquidated | |
| | **Rockford, IL 61109** | ☐ Disputed | |
| | Date(s) debt was incurred __2020__ | | |
| | | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __3531__ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84.79** |
| | **HR Direct** | ☐ Contingent | |
| | **PO Box 669390** | ☐ Unliquidated | |
| | **Pompano Beach, FL 33066** | ☐ Disputed | |
| | Date(s) debt was incurred __2020__ | | |
| | | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __1739__ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,459.72** |
| | **Indiana Galvanizing** | ☐ Contingent | |
| | **51702 Lovejoy Drive** | ☐ Unliquidated | |
| | **Middlebury, IN 46540** | ☐ Disputed | |
| | Date(s) debt was incurred __2019 - 2020__ | | |
| | | **Basis for the claim:** __Vendor__ | |
| | Last 4 digits of account number __Various Account__ | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Lone Star Cutting Solutions** | | |
| | **CNC Router & Plasma Inc.** | ☐ Contingent | |
| | **PO Box 1181** | ☐ Unliquidated | |
| | **140 CR 2840** | ☐ Disputed | |
| | **Mineola, TX 75773** | | |
| | Date(s) debt was incurred __2019__ | **Basis for the claim:** __Notice Only__ | |
| | Last 4 digits of account number __5725__ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Midwest Steel Fabricators, Inc.**                                    Case number (if known) _____
_____
Name

| 3.27 | **Nonpriority creditor's name and mailing address**<br>**McMaster-Carr Supply**<br>**c/o Biehl & Biehl Inc.**<br>**PO Box 87410**<br>**Carol Stream, IL 60188** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$500.00** |

Date(s) debt was incurred  **2020**
Last 4 digits of account number  **3075**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Michigan Insurance Company**<br>**c/o CCSC**<br>**725 Canton Street**<br>**Norwood, MA 02062** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$521.75** |

Date(s) debt was incurred  **2020**
Last 4 digits of account number  **4539**

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address**<br>**Nucor Grating**<br>**PO Box 822814**<br>**Philadelphia, PA 19182** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$23,736.84** |

Date(s) debt was incurred  **2020**
Last 4 digits of account number  **Unknown**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address**<br>**Nulty Insurance**<br>**5579 Stadium Drive**<br>**Kalamazoo, MI 49009** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$19,375.00** |

Date(s) debt was incurred  **2020**
Last 4 digits of account number  **Unknown**

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address**<br>**On Deck Capital Inc.**<br>**1400 Braodway**<br>**25th Floor**<br>**New York, NY 10018** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$254,049.68** |

Date(s) debt was incurred  **2019**
Last 4 digits of account number  **Unknown**

Basis for the claim:  **Loan / Judgment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Provident Engineering Corp.**<br>**10 Eisenhower Blvd.**<br>**Lancaster, PA 17603** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$300.00** |

Date(s) debt was incurred  **2020**
Last 4 digits of account number  **Unknown**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Rigid Steel Contractors Inc.**<br>**5808 S. Division Avenue**<br>**Grand Rapids, MI 49548** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$35,064.63** |

Date(s) debt was incurred  **2020**
Last 4 digits of account number  **Unknown**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Midwest Steel Fabricators, Inc.**                                    Case number *(if known)*
          _____
          Name

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,777.44 |
|---|---|---|---|

**Rollie Williams Paint Spot**
**1179 Kent Street**
**Elkhart, IN 46514**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2020__

Basis for the claim: __Vendor__

**Last 4 digits of account number** __3888__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ronald B. Rich**
**Ronald B. Rich & Associates**
**30665 Northwestern Highway**
**Suite 280**
**Farmington, MI 48334**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __Notice Only__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,061.94 |
|---|---|---|---|

**S.Z.S. Fasteners Inc.**
**2634 142nd Avenue**
**Dorr, MI 49323**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2020__

Basis for the claim: __Vendor__

**Last 4 digits of account number** __Unknown__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $656.82 |
|---|---|---|---|

**Sherwin Williams Company**
**230 Red Coach Drive**
**Suite A**
**Mishawaka, IN 46545**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2020__

Basis for the claim: __Vendor__

**Last 4 digits of account number** __2284__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,400.00 |
|---|---|---|---|

**Superior Domestic Services Inc**
**308 22nd Avenue NE**
**Center Point, AL 35215**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2020__

Basis for the claim: __Vendor__

**Last 4 digits of account number** __Unknown__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $46.50 |
|---|---|---|---|

**Team Logic IT**
**7950 Moorsbridge Road**
**Portage, MI 49024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2020__

Basis for the claim: __Vendor__

**Last 4 digits of account number** __Unknown__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,387.50 |
|---|---|---|---|

**Terry's Road Service Inc.**
**Terry's Transportation**
**PO Box 19305**
**Kalamazoo, MI 49019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2019__

Basis for the claim: __Vendor__

**Last 4 digits of account number** __MW Steel__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Midwest Steel Fabricators, Inc.**                          Case number (if known) _____
           Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,154.00 |
|---|---|---|---|

**The Cincinnati Insurance Co.**
PO Box 14529
Cincinnati, OH 45250

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **7684**

Basis for the claim:  **Cancellation of Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158,491.40 |
|---|---|---|---|

**US Bank**
dba US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2019**

Last 4 digits of account number  **7000**

Basis for the claim:  **Deficiency Equipment Loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,386.78 |
|---|---|---|---|

**Webster Electric Inc.**
2222 Glendening Road
Kalamazoo, MI 49001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **Unknown**

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **9th Circuit Court** 150 E. Crosstown Parkway Kalamazoo, MI 49007 | Line  **3.42**  ☐ Not listed. Explain ___ | _ |
| 4.2 **Airgas USA, LLC** PO Box 734445 Chicago, IL 60673 | Line  **3.2**  ☐ Not listed. Explain ___ | _ |
| 4.3 **Candace Arroyo** JJS Law LLP PO Box 14 Leo, IN 46765 | Line  **3.31**  ☐ Not listed. Explain ___ | _ |
| 4.4 **Citi** PO Box 6704 Sioux Falls, SD 57104 | Line  **3.9**  ☐ Not listed. Explain ___ | _ |
| 4.5 **DeHaan & Bach** 25 Whitney Drive Suite 106 Milford, OH 45150 | Line  **3.37**  ☐ Not listed. Explain ___ | _ |
| 4.6 **Kevin N. Summers** 801 W. Big Beaver Road Suite 500 Troy, MI 48084 | Line  **3.42**  ☐ Not listed. Explain ___ | _ |

| Debtor | **Midwest Steel Fabricators, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Mastercard**<br>**PO Box 37603**<br>**Philadelphia, PA 19101** | Line _3.12_<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | **Radius Global Solutions LLC**<br>**7831 Glenroy Road**<br>**Suite 250-A**<br>**Minneapolis, MN 55439** | Line _3.14_<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Teasdale & Associates**<br>**5017 Washington Place**<br>**Suite 302**<br>**Saint Louis, MO 63108** | Line _3.25_<br><br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Weberolcese**<br>**PO Box 3006**<br>**Birmingham, MI 48012** | Line _3.3_<br><br>☐ Not listed. Explain ____ | _ |
| 4.11 | **Zwicker & Associates PC**<br>**320 East Big Beaver Road**<br>**Suite 100**<br>**Troy, MI 48083** | Line _3.31_<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 2,578.37 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,247,608.45 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,250,186.82 |

**Fill in this information to identify the case:**

Debtor name __**Midwest Steel Fabricators, Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MICHIGAN__

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Midwest Steel Fabricators, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Garrie L. Mann, Sr.** | **175 Gemstone Lane Holland, MI 49423** | **American Express** | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.2 | **Garrie L. Mann, Sr.** | **175 Gemstone Lane Holland, MI 49423** | **Banterra Bank** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Garrie L. Mann, Sr.** | **175 Gemstone Lane Holland, MI 49423** | **Indiana Galvanizing** | ☐ D _____ <br> ■ E/F __3.25__ <br> ☐ G _____ |
| 2.4 | **Garrie L. Mann, Sr.** | **175 Gemstone Lane Holland, MI 49423** | **Citi Cards** | ☐ D _____ <br> ■ E/F __3.9__ <br> ☐ G _____ |
| 2.5 | **Garrie L. Mann, Sr.** | **175 Gemstone Lane Holland, MI 49423** | **CIT** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Midwest Steel Fabricators, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | Garrie L. Mann, Sr. | 175 Gemstone Lane Holland, MI 49423 | Rollie Williams Paint Spot | ☐ D _____ ■ E/F __3.34__ ☐ G _____ |
| 2.7 | Garrie L. Mann, Sr. | 175 Gemstone Lane Holland, MI 49423 | Kalamazoo City Treasurer | ☐ D _____ ■ E/F __2.3__ ☐ G _____ |
| 2.8 | Garrie L. Mann, Sr. | 175 Gemstone Lane Holland, MI 49423 | US Bank | ☐ D _____ ■ E/F __3.42__ ☐ G _____ |
| 2.9 | Garrie L. Mann, Sr. | 175 Gemstone Lane Holland, MI 49423 | On Deck Capital Inc. | ☐ D _____ ■ E/F __3.31__ ☐ G _____ |
| 2.10 | Garrie L. Mann, Sr. | 175 Gemstone Lane Holland, MI 49423 | Consumers Credit Union | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.11 | Garrie L. Mann, Sr. | 175 Gemstone Lane Holland, MI 49423 | Consumers Credit Union | ☐ D _____ ■ E/F __3.13__ ☐ G _____ |
| 2.12 | Garrie L. Mann, Sr. | 175 Gemstone Lane Holland, MI 49423 | Consumers Credit Union | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Midwest Steel Fabricators, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$541,188.00** |
   | **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$2,419,680.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    **Midwest Steel Fabricators, Inc.**                                    Case number *(if known)*

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Kyle A. Mann**<br>**601 N. Webster Street**<br>**Augusta, MI 49012**<br>**Son** | **2020** | **$55,196.06** | **Wages** |
| 4.2. **Garrie L. Mann**<br>**11100 E. D Avenue**<br>**Richland, MI 49083**<br>**Son** | **2020** | **$57,630.00** | **Wages** |
| 4.3. **Garrie L. Mann, Sr.**<br>**175 Gemstone Lane**<br>**Holland, MI 49423**<br>**President** | **2020** | **$350.00** | **Wages** |
| 4.4. **Garrie L. Mann, Sr.**<br>**175 Gemstone Lane**<br>**Holland, MI 49423**<br>**President** | **2020** | **$86,190.78** | **Rent** |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **US Bank**<br>**dba US Bank Equipment Finance**<br>**1310 Madrid Street**<br>**Marshall, MN 56258** | **CDLR Chain Driven Live Roller Conveyor, Gravity Roller Conveyor, Scout (HD), 2003 Hem Dual Post Semi-Automatic Horizontal Bandsaw** | **6/20** | **$200,000.00** |

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Midwest Steel Fabricators, Inc.**    Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **US Bank National Association dba U.S. Bank Equipment Finance v Midwest Steel Fabricators, Inc. and Garrie Mann Sr.**<br>**21-0074CK** | **Collection** | **9th Circuit Court**<br>**150 E. Crosstown Parkway**<br>**Kalamazoo, MI 49007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **On Deck Capital Inc. v Midwest Steel Fabricators Inc. and Garrie Mann**<br>**20-0075CK** | **Collection** | **9th Circuit Court**<br>**150 E. Crosstown Parkway**<br>**Kalamazoo, MI 49007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **CIT Bank NA v Midwest Steel Fabricators Inc. and Garrie Mann**<br>**2021-0142CK** | **Complaint** | **9th Circuit Court**<br>**150 E. Crosstown Parkway**<br>**Kalamazoo, MI 49007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Midwest Steel Fabricators, Inc.**                          Case number *(if known)*

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.    **CBH Attorneys & Counselors, PLLC.** **MAIN OFFICE** **25 Division Avenue S., Suite 500** **Grand Rapids, MI 49503** | **Attorney Fees** | **2020** | **$1,662.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy From-To |
|---|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                page 4

Debtor    **Midwest Steel Fabricators, Inc.**                                    Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**  **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Midwest Steel Fabricators, Inc.**                                  Case number *(if known)*

Report all notices, releases, and proceedings known, regardless of when they occurred.

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Gregory J. Klenow<br>JF Financial Services<br>2224 E. Centre Avenue<br>Portage, MI 49002** | **2003 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor    **Midwest Steel Fabricators, Inc.**                                Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Gregory J. Klenow**<br>**JF Financial Services**<br>**2224 E. Centre Avenue**<br>**Portage, MI 49002** | |
| 26c.2.   **Garrie L. Mann, Sr.**<br>**175 Gemstone Lane**<br>**Holland, MI 49423** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Garrie L. Mann, Sr.** | **175 Gemstone Lane**<br>**Holland, MI 49423** | **President** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   **Garrie L. Mann, Sr.**<br>**175 Gemstone Lane**<br>**Holland, MI 49423** | **$300.00** | **2020** | **Salary** |
| **Relationship to debtor**<br>**Presidence / Owner** | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Midwest Steel Fabricators, Inc.**                                   Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Garrie L. Mann, Sr.**<br>**175 Gemstone Lane**<br>**Holland, MI 49423** | **$86,190.78** | **2020** | **Building Rent** |
| | Relationship to debtor<br>**President / Owner** | | | |
| 30.3. | **Garrie L. Mann, Sr.**<br>**175 Gemstone Lane**<br>**Holland, MI 49423** | **$14,788.07** | **2021** | **Wages** |
| | Relationship to debtor<br>**President / Owner** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  3, 2021**

**/s/ Garrie L. Mann**                               **Garrie L. Mann**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Western District of Michigan

In re   **Midwest Steel Fabricators, Inc.**                                      Case No.
                                                    Debtor(s)       Chapter        **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **May  3, 2021**                        **/s/ Garrie L. Mann**
                                         **Garrie L. Mann**/**President**
                                         Signer/Title

9TH CIRCUIT COURT
150 E. CROSSTOWN PARKWAY
KALAMAZOO MI 49007

9TH CIRCUIT COURT
150 E. CROSSTOWN PARKWAY
KALAMAZOO MI 49007

AHB TOOLING & MACHINERY
1663 CHAMPAGNE DRIVE NORTH
SAGINAW MI 48604

AIRGAS USA LLC
6055 ROCKSIDE WOODS BLVD. N
INDEPENDENCE OH 44131

AIRGAS USA, LLC
PO BOX 734445
CHICAGO IL 60673

AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES CA 90096

AZZ GALVANIZING SERVICES
PO BOX 843771
DALLAS TX 75284

BANTERRA BANK
111 AIRWAY DRIVE
PO BOX 310
MARION IL 62959

BANTERRA BANK
401 E. DEYOUNG STREET
PO BOX 790
MARION IL 62959

BEECH & RICH INC.
525 NORTH 20TH STREET
BATTLE CREEK MI 49037

BEST WAY DISPOSAL INC.
2314 MILLER ROAD
KALAMAZOO MI 49001

```
CANDACE ARROYO
JJS LAW LLP
PO BOX 14
LEO IN 46765


CHICAGO METAL
6289 EAGLE WAY
CHICAGO IL 60678


CINCINNATI CORPORATE BILLING
THE CINCINNATI INSURANCE CO.
PO BOX 14529
CINCINNATI OH 45250


CIT
155 COMMERCE WAY
PORTSMOUTH NH 03801


CITI
PO BOX 6704
SIOUX FALLS SD 57104


CITI CARDS
PO BOX 9001016
LOUISVILLE KY 40290


COMPLETE CAPITAL SERVICES
1310 MADRID STREET
SUITE 101
MARSHALL MN 56258


CONNECTION SERVICE CO.
PO BOX 8728
BENTON HARBOR MI 49023


CONSUMERS CREDIT UNION
PO BOX 525
OSHTEMO MI 49077


CONSUMERS CREDIT UNION
PO BOX 525
OSHTEMO MI 49077
```

```
CONSUMERS CREDIT UNION
PO BOX 525
OSHTEMO MI 49077


CONSUMERS CREDIT UNION
PO BOX 525
OSHTEMO MI 49077


CONSUMERS ENERGY
PO BOX 740309
CINCINNATI OH 45274


CONTRACTORS STEEL COMPANY
36555 AMRHEIN ROAD
LIVONIA MI 48150


CORPORATE CLIENT SERVICES LLC
1880 NORTH CONGRESS AVENUE
SUITE 211
BOYNTON BEACH FL 33426


CTS
13800 E. MICHIGAN
GALESBURG MI 49053


D-K FENCE CO. INC.
1227 DICKMAN ROAD
BATTLE CREEK MI 49037


DEHAAN & BACH
25 WHITNEY DRIVE
SUITE 106
MILFORD OH 45150


ECI ERECTORS LLC
PO BOX 212
OAKVILLE IN 47367


FAWLEY DOOR
6736 LOVERS LANE
PORTAGE MI 49002


FRONTLINE LEGAL SERVICE LLC
1166 W. NEWPORT CENTER DRIVE
DEERFIELD BEACH FL 33442
```

```
GARRIE L. MANN, SR.
175 GEMSTONE LANE
HOLLAND MI 49423


GARRIE L. MANN, SR.
175 GEMSTONE LANE
HOLLAND MI 49423


GORDON MILLER
151 S. ROSE STREET
SUITE 900
KALAMAZOO MI 49007


HG-FARLEY LASERLAB USA INC.
4635 COLT ROAD
ROCKFORD IL 61109


HR DIRECT
PO BOX 669390
POMPANO BEACH FL 33066


INDIANA GALVANIZING
51702 LOVEJOY DRIVE
MIDDLEBURY IN 46540


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101


INTERNAL REVNUE SERVICE
PO BOX 32500
STOP 15
DETROIT MI 48232


KALAMAZOO CITY TREASURER
241 W. SOUTH STREET
KALAMAZOO MI 49007


KEVIN N. SUMMERS
801 W. BIG BEAVER ROAD
SUITE 500
TROY MI 48084
```

LONE STAR CUTTING SOLUTIONS
CNC ROUTER & PLASMA INC.
PO BOX 1181
140 CR 2840
MINEOLA TX 75773


MAMMINA & AJLOUNY PC
370 E. MAPLE ROAD
SUITE 230
BIRMINGHAM MI 48009


MASTERCARD
PO BOX 37603
PHILADELPHIA PA 19101


MCMASTER-CARR SUPPLY
C/O BIEHL & BIEHL INC.
PO BOX 87410
CAROL STREAM IL 60188


MICHIGAN DEPT. OF TREASURY
COLLECTION/BANKRUPTCY DIVISION
PO BOX 30168
LANSING MI 48909


MICHIGAN INSURANCE COMPANY
C/O CCSC
725 CANTON STREET
NORWOOD MA 02062


NUCOR GRATING
PO BOX 822814
PHILADELPHIA PA 19182


NULTY INSURANCE
5579 STADIUM DRIVE
KALAMAZOO MI 49009


OFFICE OF THE U.S. TRUSTEE
125 OTTAWA NW, SUITE 200R
GRAND RAPIDS MI 49503


ON DECK CAPITAL INC.
1400 BRAODWAY
25TH FLOOR
NEW YORK NY 10018

PROVIDENT ENGINEERING CORP.
10 EISENHOWER BLVD.
LANCASTER PA 17603


RADIUS GLOBAL SOLUTIONS LLC
7831 GLENROY ROAD
SUITE 250-A
MINNEAPOLIS MN 55439


RIGID STEEL CONTRACTORS INC.
5808 S. DIVISION AVENUE
GRAND RAPIDS MI 49548


ROLLIE WILLIAMS PAINT SPOT
1179 KENT STREET
ELKHART IN 46514


RONALD B. RICH
RONALD B. RICH & ASSOCIATES
30665 NORTHWESTERN HIGHWAY
SUITE 280
FARMINGTON MI 48334


S.Z.S. FASTENERS INC.
2634 142ND AVENUE
DORR MI 49323


SHERWIN WILLIAMS COMPANY
230 RED COACH DRIVE
SUITE A
MISHAWAKA IN 46545


STATE OF MICHIGAN
DEPARTMENT OF TREASURY
PO BOX 30199
LANSING MI 48910


SUPERIOR DOMESTIC SERVICES INC
308 22ND AVENUE NE
CENTER POINT AL 35215


TEAM LOGIC IT
7950 MOORSBRIDGE ROAD
PORTAGE MI 49024

```
TEASDALE & ASSOCIATES
5017 WASHINGTON PLACE
SUITE 302
SAINT LOUIS MO 63108


TERRY'S ROAD SERVICE INC.
TERRY'S TRANSPORTATION
PO BOX 19305
KALAMAZOO MI 49019


THE CINCINNATI INSURANCE CO.
PO BOX 14529
CINCINNATI OH 45250


UNEMPLOYMENT INSURANCE AGENCY
BANKRUPTCY UNIT
3024 W. GRAND BLVD. STE 12-100
DETROIT MI 48202


US BANK
DBA US BANK EQUIPMENT FINANCE
1310 MADRID STREET
MARSHALL MN 56258


WEBEROLCESE
PO BOX 3006
BIRMINGHAM MI 48012


WEBSTER ELECTRIC INC.
2222 GLENDENING ROAD
KALAMAZOO MI 49001


ZWICKER & ASSOCIATES PC
320 EAST BIG BEAVER ROAD
SUITE 100
TROY MI 48083
```

# United States Bankruptcy Court
## Western District of Michigan

In re   **Midwest Steel Fabricators, Inc.**

_____
Debtor(s)

Case No. _____

Chapter   **7**   _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Midwest Steel Fabricators, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May  3, 2021**
_____
Date

**/s/ Steven L. Rayman**
_____
**Steven L. Rayman**
Signature of Attorney or Litigant
Counsel for   **Midwest Steel Fabricators, Inc.**
_____
**CBH Attorneys & Counselors, PLLC.**
**MAIN OFFICE**
**25 Division Avenue S., Suite 500**
**Grand Rapids, MI 49503**
**616-608-3061 Fax:616-719-3782**
**nikki@chasebylenga.com**